UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARCIA TOVAR,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN CUELLAR, et al.,<br><br>Defendant(s). | Case No. 16-cv-02865-SK (PR)<br><br>**ORDER DIRECTING CLERK TO REOPEN AND REASSIGN CASE TO DISTRICT JUDGE** |

On June 24, 2016, the undersigned dismissed plaintiff's <u>pro se</u> complaint for damages under 42 U.S.C. § 1983 against several government entities and officials in Texas and Southern California without prejudice to filing the claims in the proper federal judicial districts. Plaintiff has filed several letters and "statements" seeking reconsideration of that dismissal.

On November 9, 2017, the Ninth Circuit held that all named parties, including unserved ones, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to hear and decide a case. <u>See</u> <u>Williams v. King</u>, 875 F.3d 500, 502-05 (9th Cir. 2017). Because consent of all named parties was not obtained before the June 24, 2016 dismissal, and still has not been obtained, the clerk is instructed to reopen this case and to reassign it to a district judge pursuant to the court's assignment plan.

**IT IS SO ORDERED**.

Dated: February 6, 2018

_____
SALLIE KIM
United States Magistrate Judge